NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:00-cr-269-GMN-VCF |
| Plaintiff, | **Motion to Dismiss the Indictment and Quash the Bench Warrant** |
| v. | |
| MICHAEL JANSKY, | |
| Defendant. | |

On August 2, 2000, a federal grand jury returned an Indictment charging Defendant Michael Jansky with five counts of Uttering of Counterfeit Obligations of the United States in violation of 18 U.S.C. § 472. (ECF 1.) When Jansky failed to appear for his arraignment and plea on August 11, 2000, the Court issued a bench warrant for his arrest. (ECF 8 at 2.) Nearly 20 years later, that warrant remains outstanding.

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

Pursuant to Federal Rule of Criminal Procedure 48(a), the Government now requests permission of the Court to dismiss the Indictment. If granted, because Jansky would no longer face any charges in this case, the Government further requests that the Court quash the outstanding bench warrant for his arrest.

Respectfully submitted this 27th day of January, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*s/* Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL JANSKY,<br><br>　　　　Defendant. | Case No. 2:00-cr-269-GMN-VCF<br><br>**[Proposed] Order Granting Motion to Dismiss the Indictment and Quash the Bench Warrant** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Michael Jansky.

　　　　　　　　　　　　　　　　　　　NICHOLAS A. TRUTANICH
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　*s*/Richard Anthony Lopez
　　　　　　　　　　　　　　　　　　　RICHARD ANTHONY LOPEZ
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed, it is hereby ordered that the bench warrant issued August 11, 2000, is quashed.

　　　DATED this ___5___ day of __February__, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that on January 27, 2020, I electronically served on Counsel of Record the foregoing Motion to Dismiss the Indictment and Quash the Bench Warrant by filing it with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

                                              *s/* Richard Anthony Lopez
                                              RICHARD ANTHONY LOPEZ
                                              Assistant United States Attorney